DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT VAN ESSO** and **AMY VAN ESSO,**
Appellants,

v.

**USAA CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D19-3177

[March 19, 2020]

Appeal of non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE19-007088.

Mark A. Nation and Paul W. Pritchard of The Nation Law Firm, Longwood, for appellants.

Michael Simon, Paige B. Segrera and Brian S. Jacobson of Simon, Reed & Salazar, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CONNER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***